UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JEFFREY V. BOWMAN,

    Plaintiff,

-vs-                                        Case No. 6:08-cv-403-Orl-18KRS

MICHAEL STUPUR,
STEVEN RIZIK,
CHARLES GRAHAM,

    Defendants.

REPORT AND RECOMMENDATION

TO THE UNITED STATES DISTRICT COURT

This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| MOTION: | APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT (Doc. No. 2) |
| FILED: | March 18, 2008 |
| THEREON it is RECOMMENDED that the motion be DENIED. | |

On March 18, 2008, *pro se* Plaintiff Jeffrey V. Bowman filed a complaint against "federal agents" Steven Rizik, Michael Stupar, and Charles Graham. Doc. No. 1. Bowman also filed an application under 28 U.S.C. § 1915 to proceed without prepayment of fees. Doc. No. 2. This is the second lawsuit Bowman has filed against these defendants in this court. *See Bowman v. Rizik*, Case No. 6:07-cv-1493-Orl-21-KRS ("*Bowman I*"). A comparison of the complaints in the two lawsuits reveals that the instant complaint appears to duplicate some of the allegations of the prior complaint. Bowman's first lawsuit was dismissed without prejudice for failure to prosecute after he failed to file